BRUCE J. HAGEL [SBN 63531]
ELIZABETH GADE [SBN 161495]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ORTIZ, JR.,<br>    Plaintiff,<br>    vs.<br>MICHAEL ASTRUE,<br>    Defendant | **CASE NO. 2:06-CV-01519 DAD**<br><br>**STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that as Plaintiff's assignee, counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND, NINE HUNDRED AND FIFTEEN DOLLARS ($3,915.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. §2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of THREE THOUSAND, NINE HUNDRED AND FIFTEEN DOLLARS ($3,915.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. §406(b).  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

| | |
|---|---|
| Dated: December 4, 2007 | Respectfully submitted, |
| | OLSON, HAGEL & FISHBURN LLP [1] |
| | By: /s/ Bruce J. Hagel_____ |
| | BRUCE J. HAGEL, ESQ. |
| | Attorney for Plaintiff |
| Dated: December 4, 2007 | McGREGOR W. SCOTT |
| | United States Attorney [2] |
| | By: /s/ Donna Montano_____ |
| | (As authorized via telephone 12/4/07) |
| | DONNA MONTANO |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

///

///

///

///

///

///

///

///

///

---

[1] Authorization to provide electronic signature obtained on November 21, 2006.  Local Rule 7-131.  Original signature on file at the office of Olson, Hagel, Fishburn, LLP.

[2] Authorization to provide electronic signature obtained on November 21, 2006.  Local Rule 7-131.  Facsimile of original signature on file at the office of Olson, Hagel, Fishburn, LLP.

OLSON HAGEL & FISHBURN LLP
555 CAPITOL MALL, SUITE 1425, SACRAMENTO, CA 95814

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/ortiz1519.attyfees